# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nathaniel Keon Curtis, | ) |
| | ) CV-12-625-TUC-DCB |
| Plaintiff(s), | ) |
| | ) ORDER |
| vs. | ) |
| | ) |
| Charles L. Ryan, et al., | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

    This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for report and recommendation on the Petition for Writ of Habeas Corpus, 28 U.S.C. §2254.

    Magistrate Judge Markovich issued his Report and Recommendation on July 27, 2015 (Doc. 19), recommending that the Petition may be denied and the action dismissed. A copy was sent to all parties. No objections to the Magistrate Judge's Report and Recommendation have been filed. Any objections that have not been raised are waived and will not be addressed by the Court. *See* 28 U.S.C. § 636(b).

    The Court, having made an independent review of the record, orders as follows:

/ / /

/ / /

IT IS ORDERED that the Magistrate Judge's Report and Recommendation (Doc. 19) is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus (Doc. 1) is DENIED and this action is DISMISSED. The Clerk's Office is directed to enter a separate Final Judgment in accordance with this Order.

DATED this 13th day of August, 2015.

David C. Bury
United States District Judge